IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**FLORENCE M. ROBEY and**
**BRIAN D. ROBEY,**

    **Plaintiffs,**

v.                                        **CIVIL ACTION NO.: 1:22-CV-48**
                                                              **Thomas S. Kleeh, Chief Judge**

**ALLISON B. HOYT,**

    **Defendant.**

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

COME NOW the Plaintiffs, Florence M. Robey and Brian D. Robey ("Robey"), by counsel, and the Defendant, Allison B. Hoyt, by counsel, and in accordance with Fed. R. Civ. P. 41(a)(2), Robey and Hoyt stipulate as follows:

1. That Robey and Hoyt reached a full and final settlement of all claims.[1]

2. Pursuant to the Parties' settlement agreement, the Parties hereby stipulate that this matter, including all matters in the Complaint filed by Robey, shall be dismissed in its entirety *with prejudice* with each of the Parties bearing their own attorneys' fees and costs.

3. The Parties respectfully request that the Court enter the Order attached hereto as Exhibit A to memorialize and give effect to the Parties' agreement and this *Joint Stipulation for Voluntary Dismissal*.

---

[1] Robey asserted a claim for Underinsured Motorist ("UIM") Coverage against Notice Defendant Nationwide Mutual Insurance Company. That claim has is being dismissed with prejudice as well.

  /s/ John R. Angotti
John R. Angotti, Esq. (WVSB #5068)
Chad C. Groome, Esq. (WVSB #9810)
Angotti & Straface, L.C.
2741 Spruce Street
Morgantown, WV 26505
Phone: (304) 292-4381
Facsimile: (304) 292-7555
*Counsel for Plaintiffs*


  /s/ Brian J. Warner
Brian J. Warner, Esq. (WVSB #9372)
Shuman McCuskey Slicer PLLC
300 Wedgewood Drive, Suite 110
Morgantown, WV 26505
Phone: (304) 291-2702
Facsimile: (304) 291-2840
*Counsel for Defendant*


  /s/ George A. Halkias
Asad U. Khan, Esq. (WVSB #7071)
George A. Halkias, Esq. (WVSB #6323)
Law Office of Asad U. Khan
Nationwide Trial Division
300 Summers Street, Suite 1460
Charleston, WV 25301
Phone: (304) 346-2272
*Counsel for Nationwide Mutual Insurance Company*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG

**FLORENCE M. ROBEY and**
**BRIAN D. ROBEY,**

    **Plaintiffs,**

v.                                              **CIVIL ACTION NO.: 1:22-CV-48**
                                                      **Thomas S. Kleeh, Chief Judge**

**ALLISON B. HOYT,**

    **Defendant.**

## Certificate of Service

    I hereby certify that on the 29th day of August, 2023, I electronically filed the foregoing "Joint Stipulation for Voluntary Dismissal" with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following CM/ECF participants:

John R. Angotti, Esq. (WVSB #5068)
Chad C. Groome, Esq. (WVSB #9810)
Angotti & Straface, L.C.
2741 Spruce Street
Morgantown, WV 26505
Phone: (304) 292-4381
Facsimile: (304) 292-7555
*Counsel for Plaintiffs*

Asad U. Khan, Esq. (WVSB #7071)
George A. Halkias, Esq. (WVSB #6323)
Law Office of Asad U. Khan
Nationwide Trial Division
300 Summers Street, Suite 1460
Charleston, WV 25301
Phone: (304) 346-2272
*Counsel for Nationwide Mutual Insurance Company*

                                                          /s/ Brian J. Warner
                                                          Brian J. Warner (WVSB # 9372)