# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA

**FLORENCE M. ROBEY and**
**BRIAN D. ROBEY,**

    **Plaintiffs,**

v.                                          **CIVIL ACTION NO. 1:22-cv-48**
                                                                  **(KLEEH)**

**ALLISON B. HOYT,**

    **Defendant.**

## DISMISSAL ORDER

On August 29, 2023, the parties filed a *Joint Stipulation for Voluntary Dismissal*. ECF No. 27. For the reasons stated therein, this matter is hereby **DISMISSED WITH PREJUDICE** and is stricken from the docket of the Court, subject to reopening on motion of any party, and for good cause shown, within 90 days of this Order.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED.**

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record via the CM/ECF notification system.

**DATED:** August 29, 2023

                                                 THOMAS S. KLEEH, CHIEF JUDGE
                                                 NORTHERN DISTRICT OF WEST VIRGINIA